PARKER
*v.*
WILLARD.

Rec. 1771.
Fol. 184.

A Declaration that the Defendant was engaged by a third Perfon to pay a Note due from him to the Plaintiff, and did fo, and received the Note to deliver it to his Employer, which he did not do, but fued out a Writ againft the Plaintiff on the Note, which was duly ferved

## Parker *verf.* Willard.

CASE. The Plaintiff declares that one Sam'l. Reed, Jr., on, &c. — made his promiffory Note to Plaintiff, and therein for Value received promifed the Plaintiff, &c. — and afterwards on, &c. — at, &c. — the faid Samuel Reed, Jun., engaged the Defendant to pay the Contents of faid Note to Plaintiff for him and bring him faid Note ; and the Defendant paid faid Contents, and thereupon the Plaintiff delivered him faid Note to deliver to faid Reed ; which the Defendant did not do, but malicioufly, &c. — on, &c. — at, &c. — in the Name of one P. Pike, and without his Knowledge, did procure a certain Writ of Attachment againft the faid Plaintiff, upon faid Note, to be iffued by J. Prefcott, one of his Majefty's Juftices, &c. — to attach, &c. — (as in the Form of the Writ) — to anfwer

faid

said Pike in a Plea, &c. — in which Writ and Declaration it was falsely alledged that the Plaintiff had, on, &c. — endorsed the said Note to said Pike, which said Writ was afterwards, on, &c. — duly served, and the Defendant afterwards, on, &c. — did enter said Action commenced as aforesaid without the said Pike's Knowledge, and thereupon the Plaintiff was put to great Expense, &c.

*Sewall & Rogers, pro Quer.*

*Exceptions in Abatement. J. Quincy, pro Defendente.* 1st. The Plaintiff hath not set forth what Judgment was rendered by the said Justice on the said pretended Action of the said Pike against the Plaintiff.

2d. By the Plaintiff's own shewing, he could have suffered no Damage, but what would be considered in a regular Course of Law, by the said Justice.

3rd. By the Plaintiff's own shewing it doth not appear that the Plaintiff had suffered any Damage by the Defendant's supposed Conduct. (1)

*Judgment that the Writ, &c. abate.* (2)

---

(1) This plea was overruled in the Inferior Court, and the case brought up on sham demurrer. The copy of the pleadings on file is as follows :

    " And the said Willard by Josiah Quincy, Jun., his Attorney, comes
                                       " & defends

(2) Incorrect. The exception being to the declaration, and not to the writ, the judgment entered was that of *nil capiat per breve.* See Steph. Pl. (ed. of 1824) 128.

*[margin note:]* 1771.

PARKER
*v.*
WILLARD.

and entered, whereby the Plaintiff was put to Expense — without alleging what Judgment was rendered, shows no Cause of Action.

PARKER
*v.*
WILLARD.

1771.

" & defends &c., and prays Judgment of the Plaintiff's faid Writ &
" Declaration aforefaid.   1ft.  Becaufe he faith that the faid Parker hath
" not fet forth what Judgment was rendered by the faid Prefcott, a Juf-
" tice as aforefaid in the faid pretended Action of Perley Pike againft
" the faid Samuel Parker.   2ndly.  Becaufe by the Plt's own fhewing
" in his faid Declaration he could have fuftained no Damage but what
" muft have been duly confidered in the regular Courfe of Law by the
" faid Juftice in the Action aforefaid of the faid *Pike & Parker*.   3rdly
" & laftly, becaufe by the Plt's own fhewing, it doth not appear that
" he hath fuffered any Damage by Reafon of the Deft's fuppofed Con-
" duct :  all which the faid Willard is ready to verifie, wherefore he prays
" Judgment of the Plt's faid Writ & Declaration, and that the fame may
" be quafhed, and for his Cofts.

" *J. Quincy, Jun.*"

" The foregoing Pleas in Abatement being argued by the Council for
" the Parties were overruled by the Court.

" *Thad. Mafon, Cler.*"

" Saving which, if overruled & referving Liberty of giving any new
" Plea on the Appeal, the faid Aaron faith that he is an honeft Man and
" thereof puts, &c.

" *J. Quincy, Jun.*"

" And the faid Parker, confenting as above, fays the Plea aforefaid is
" infufficient, & prays Judgment for his Damage & Cofts.

" *Jon. Sewall.*"

" And the faid Willard fays his faid Plea is fufficient, & prays Judg-
" ment thereof & for his Cofts.